**Earl MERCER, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 64396.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 1994.

Application to Transfer Denied
May 26, 1994.

Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Earl Mercer, appeals from the dismissal of his Rule 24.035 motion. The motion court dismissed movant's motion as untimely filed.

No error of law appears. An opinion would have no precedential value. The order of the motion court is affirmed. Rule 84.-16(b).